**UNITED STATES BANKRUPTCY COURT** :
**DISTRICT OF NEW JERSEY** :
_____ :
Caption in Compliance with D.N.J. LBR 9004-2(c) :
_____ :
Law Office Peter Zimnis :
1245 Whitehorse Mercerville Road :
Suite 412 :
Trenton, NJ 08619 :
(609) 581-9353 :
_____ :
In re: :
GEORGE & GLORIA FRATER :
                                                          :
                                                          :
            Debtors                                       :
                                                          : Case No.: 13-36259
                                                          :
                                                          : Chapter 13
                                                          :
_____ : Judge: Kaplan

Order Filed on September 1, 2016
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES**

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: September 1, 2016**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  George & Gloria Frater
Case No.:  13-36259 MBK
Caption:  Order Granting Supplemental Chapter 13 Fees

     The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

     ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $300 for services rendered and expenses in the amount of $0 for a total of $300. The allowance shall be payable:

     ___x__  through the Chapter 13 Plan as an administrative priority from
             funds on hand
     _____  outside the Plan

     The debtor's monthly Plan is not modified, thus the debtor will continue to pay $2,530 per month for the remaining months to allow for payment of aforesaid fee.