| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> **DISTRICT OF NEW JERSEY** <br> _____ <br> Caption in Compliance with D.N.J. LBR 9004-2(c) <br> _____ <br> Law Office Peter Zimnis <br> 1245 Whitehorse Mercerville Road <br> Suite 412 <br> Trenton, NJ 08619 <br> (609) 581-9353 <br> _____ <br> In re: <br> GEORGE & GLORIA FRATER <br><br> Debtors <br><br> _____ | **Order Filed on September 1, 2016** <br> **by Clerk** <br> **U.S. Bankruptcy Court** <br> **District of New Jersey** <br><br><br><br><br><br><br><br><br><br> Case No.: 13-36259 <br><br> Chapter 13 <br><br> Judge: Kaplan |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: September 1, 2016**

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  George & Gloria Frater
Case No.:  13-36259 MBK
Caption:  Order Granting Supplemental Chapter 13 Fees

     The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

     ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $300 for services rendered and expenses in the amount of $0 for a total of $300. The allowance shall be payable:

     ___x__   through the Chapter 13 Plan as an administrative priority from
                funds on hand
     _____    outside the Plan

     The debtor's monthly Plan is not modified, thus the debtor will continue to pay $2,530 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
George Frater  
Gloria Frater  
    Debtors

Case No. 13-36259-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Sep 01, 2016  
                   Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2016.  
db/jdb        +George Frater, Gloria Frater, 77 Ewingville Rd, Trenton, NJ 08638-2755

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2016      Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2016 at the address(es) listed below:

     Adam D. Greenberg    on behalf of Creditor    New Jersey Boardwalk Lien Investments, LLC agreenberg@hgllclaw.com, Aholmes@hgllclaw.com  
     Adam D. Greenberg    on behalf of Creditor    Pro Capital Fund I, LLC agreenberg@hgllclaw.com, Aholmes@hgllclaw.com  
     Albert Russo    docs@russotrustee.com  
     Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
     Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com  
     Bruce M. Sattin    on behalf of Creditor Solomon Shapiro, et. al. bsattin@szaferman.com  
     Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
     John Zimnis    on behalf of Debtor George Frater njbankruptcylaw@aol.com.  
     John Zimnis    on behalf of Joint Debtor Gloria Frater njbankruptcylaw@aol.com.  
     Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com  
     Linda S. Fossi    on behalf of Creditor    MTAG-Cust-ATCF II NJ-Cap One lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
     Linda S. Fossi    on behalf of Creditor    Life Center Academy lfossi@zeitzlawfirm.com, gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
     Peter E. Zimnis    on behalf of Joint Debtor Gloria Frater njbankruptcylaw@aol.com  
     Peter E. Zimnis    on behalf of Debtor George Frater njbankruptcylaw@aol.com

     TOTAL: 16