Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

                        Case No.:  13−36259−MBK
                        Chapter:  13
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| George Frater | Gloria Frater |
| 77 Ewingville Rd | 77 Ewingville Rd |
| Trenton, NJ 08638 | Trenton, NJ 08638 |

Social Security No.:
  xxx−xx−8369                         xxx−xx−8201

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 3/20/18 at 10:00 AM

to consider and act upon the following:

*86* − Creditor's Certification of Default (related document:64 Motion for Relief from Stay re: re: 77 Ewingville Road, Ewing, NJ 08638. Fee Amount &#036 176. filed by Creditor MidFirst Bank, 65 Opposition filed by Debtor George Frater, Joint Debtor Gloria Frater, 67 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of MIDFIRST BANK. Objection deadline is 02/27/2018. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Proposed Order # 4 Certificate of Service) (Carlon, Denise)

Dated: 2/20/18

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court