**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
GEORGE & GLORIA FRATER

          Debtors

Order Filed on July 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 13-36259

Chapter 13

Judge: Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: July 26, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  George & Gloria Frater
Case No.:  13-36259 MBK
Caption:  Order Granting Supplemental Chapter 13 Fees

      The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

      ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:

      \_\_\_x\_\_   through the Chapter 13 Plan as an administrative priority from
                   funds on hand
      \_\_\_\_\_   outside the Plan

      The debtor's monthly Plan is not modified, thus the debtor will continue to pay $2,530 per month for the remaining months to allow for payment of aforesaid fee.