**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-2(c)

Law Office Peter Zimnis
1245 Whitehorse Mercerville Road
Suite 412
Trenton, NJ 08619
(609) 581-9353

In re:
GEORGE & GLORIA FRATER

Debtors

Order Filed on July 26, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  13-36259

Chapter 13

Judge:  Kaplan

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The Relief Set Forth on the Following Page is Hereby **ORDERED**

**DATED: July 26, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

**(page 2)**
Debtor:  George & Gloria Frater
Case No.:  13-36259 MBK
Caption:  Order Granting Supplemental Chapter 13 Fees


The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:


ORDERED that the Law Offices of Peter E. Zimnis, the applicant, is allowed a fee of $400 for services rendered and expenses in the amount of $0 for a total of $400. The allowance shall be payable:


   \_\_\_x\_\_   through the Chapter 13 Plan as an administrative priority from
             funds on hand
   \_\_\_\_\_   outside the Plan


The debtor's monthly Plan is not modified, thus the debtor will continue to pay $2,530 per month for the remaining months to allow for payment of aforesaid fee.

United States Bankruptcy Court
District of New Jersey

In re:  
George Frater  
Gloria Frater  
    Debtors

Case No. 13-36259-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 26, 2018  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 28, 2018.  
db/jdb         +George Frater,    Gloria Frater,    77 Ewingville Rd,    Trenton, NJ 08638-2755

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                         TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 28, 2018                                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 26, 2018 at the address(es) listed below:

       Adam D. Greenberg    on behalf of Creditor    New Jersey Boardwalk Lien Investments, LLC  
         agreenberg@hgllclaw.com, Aholmes@hgllclaw.com  
       Adam D. Greenberg    on behalf of Creditor    Pro Capital Fund I, LLC agreenberg@hgllclaw.com,  
         Aholmes@hgllclaw.com  
       Albert   Russo    docs@russotrustee.com  
       Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
       Bruce M. Sattin    on behalf of Creditor Solomon   Shapiro, et. al. bsattin@szaferman.com  
       Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
       Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
       John   Zimnis    on behalf of Debtor George   Frater njbankruptcylaw@aol.com.  
       John   Zimnis    on behalf of Joint Debtor Gloria   Frater njbankruptcylaw@aol.com.  
       Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
       Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
       Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,  
         bkgroup@kmllawgroup.com  
       Linda S. Fossi    on behalf of Creditor    MTAG-Cust-ATCF II NJ-Cap One lfossi@zeitzlawfirm.com,  
         gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
       Linda S. Fossi    on behalf of Creditor    Life Center Academy lfossi@zeitzlawfirm.com,  
         gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
       Peter E. Zimnis    on behalf of Joint Debtor Gloria   Frater njbankruptcylaw@aol.com  
       Peter E. Zimnis    on behalf of Debtor George   Frater njbankruptcylaw@aol.com  
                                                                                                                     TOTAL: 17