```
UNITED STATE BANKRUPTCY COURT        :
DISTRICT OF NEW JERSEY               :
_____:
                                     :                    Order Filed on April 26, 2019
                                     :                            by Clerk
                                     :                      U.S. Bankruptcy Court
LAW OFFICES OF PETER E. ZIMNIS       :                     District of New Jersey
Whitehorse Executive Center          :
1245 Whitehorse Mercerville Rd, Suite 412 :
Trenton, NJ 08619                    :
609-581-9353                         :
Attorney for Debtor(s)               :
                                     :
_____:
In Re:                               :
                                     :
GEORGE FRATER                        :
GLORIA FRATER                        :   Case No.:   13-36259
        Debtors                      :   Chapter    13
                                     :   Judge:     Michael B. Kaplan
_____:
```

ORDER CANCELLING/DISCHARGING THE UNDER
SECURED MORTGAGE OF WALNUT INVESTMENT SERVICES

The relief set forth on the following pages, numbered __ through ___ is hereby ORDERED

DATED: April 26, 2019

*/s/ Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

| | |
|---|---|
| Debtor: | George Frater and Gloria Frater |
| Case No. | 13-36259/MBK |
| Caption of Order: | Order Cancelling/discharging the Under Secured Mortgage of Walnut Investment Services |

At Trenton in the said District

This matter being opened to the Court by Peter E. Zimnis, attorney for the debtor(s), George Frater and Gloria Frater, Peter E. Zimnis, Esq. appearing and the Court having considered the pleadings and proofs submitted, and argument of counsel if any;

It further appearing that proper service has been completed on all those creditors against whom this motion is directed, and

It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the debtors and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

Good and sufficient cause appearing of the entry of this Order,

It is ORDERED AND ADJUDGED as follows, to wit:

1. The Value of the interest of Walnut Investments Services in the real estate is $57,000.00 which was already paid through the Chapter 13 plan.

2. The allowed secured claim of Walnut Investments Services is $57,000.00 pursuant to 11 U.S.C. § 506(a) and 11 U.S.C. § 1322(b) (2) with the claim allowed as an unsecured claim only. The total amount of this claim shall be treated and paid in the same manner as other unsecured claims. Upon completion of plan and discharge of debtor the provisions of paragraphs 3-6 shall take effect.

3. This Order shall be filed with the Clerk of the Mercer County Clerk's office who shall cancel and/or discharge the mortgage in the land records of this state located in the Books and Records of the Mercer County Recorder's Office. This mortgage was recorded in the Mercer County Clerk's Office in Book Number 9969 and page number 0895.

4. The mortgage held by Walnut Investments Services shall be deemed canceled, discharged and of no effect.

5. That in the event Walnut Investments Services or its assignee fails to take all necessary steps to release, cancel, and/or discharge the mortgage given to it by the debtors, then this obligation, given by the debtor(s) to Walnut Investments Services or its assignor shall be deemed paid and satisfied through the debtor's Chapter 13 proceeding.

6. The county recording office is hereby ordered to cancel this mortgage of record upon payment of the applicable cancellation/discharge fee by the debtor/mortgager.

United States Bankruptcy Court
District of New Jersey

In re:  
George Frater  
Gloria Frater  
    Debtors

Case No. 13-36259-MBK  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Apr 26, 2019  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2019.  
db/jdb        +George Frater,    Gloria Frater,    77 Ewingville Rd,    Trenton, NJ 08638-2755

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                            TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 28, 2019                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2019 at the address(es) listed below:

         Adam D. Greenberg    on behalf of Creditor    New Jersey Boardwalk Lien Investments, LLC  
           agreenberg@hgllclaw.com, btemple@hgllclaw.com  
         Adam D. Greenberg    on behalf of Creditor    Pro Capital Fund I, LLC agreenberg@hgllclaw.com,  
           btemple@hgllclaw.com  
         Albert Russo    docs@russotrustee.com  
         Albert Russo    on behalf of Trustee Albert Russo docs@russotrustee.com  
         Albert Russo (NA)    on behalf of Trustee Albert Russo docs@russotrustee.com  
         Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
         Bruce M. Sattin    on behalf of Creditor Solomon Shapiro, et. al. bsattin@szaferman.com  
         Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
         Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
         John Zimnis    on behalf of Debtor George Frater njbankruptcylaw@aol.com.  
         John Zimnis    on behalf of Joint Debtor Gloria Frater njbankruptcylaw@aol.com.  
         Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
         Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
         Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,  
           bkgroup@kmllawgroup.com  
         Linda S. Fossi    on behalf of Creditor    MTAG-Cust-ATCF II NJ-Cap One lfossi@zeitzlawfirm.com,  
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
         Linda S. Fossi    on behalf of Creditor    Life Center Academy lfossi@zeitzlawfirm.com,  
           gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com  
         Peter E. Zimnis    on behalf of Joint Debtor Gloria Frater njbankruptcylaw@aol.com  
         Peter E. Zimnis    on behalf of Debtor George Frater njbankruptcylaw@aol.com  
                                                                                                                                                      TOTAL: 18