| | |
|---|---|
| UNITED STATE BANKRUPTCY COURT : <br> DISTRICT OF NEW JERSEY : <br> : <br> : <br> LAW OFFICES OF PETER E. ZIMNIS : <br> Whitehorse Executive Center : <br> 1245 Whitehorse Mercerville Rd, Suite 412 : <br> Trenton, NJ 08619 : <br> 609-581-9353 : <br> Attorney for Debtor(s) : <br> : <br> In Re: : <br> : <br> GEORGE FRATER : <br> GLORIA FRATER : <br>     Debtors : <br> : <br> : | **Order Filed on June 14, 2019** <br> **by Clerk** <br> **U.S. Bankruptcy Court** <br> **District of New Jersey** <br><br> CHAPTER 13 <br><br> CASE NO. 13-36259/MBK <br> ADV NO. <br><br> HEARING DATE <br><br> JUDGE: Michael B. Kaplan |

ORDER ENJOINING THE CITY OF TRENTON

    The relief set forth on the following page is hereby ORDERED

**DATED: June 14, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

Debtor:   George Frater and Gloria Frater
Case No.   13-36259/MBK
Caption of Order:   Order Enjoining the City of Trenton

At Trenton in the said District

This matter being opened to the Court by Peter E. Zimnis, Esq., attorney for the debtor(s), and

It appearing that a Notice of Motion has heretofore been properly circulated, and

It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the debtors and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

Good and sufficient cause appearing of the entry of this Order,

It is on this day ORDERED AND ADJUDGED as follows, to wit:

1. The City of Trenton and all City of Trenton Departments are hereby enjoined from issuing any summons against George Frater and Gloria Frater with regards to the properties located at 150 Walnut Street, Trenton, NJ and 294 Rutherford Ave, Trenton, NJ.
2. Should the City of Trenton issue any summons, they will be sanctioned by having to reimburse the debtor for legal fees expended for having to appear in Trenton Municipal Court to defend the action.
3. Should the City of Trenton not promptly dismiss/withdraw any summons that is issued, they will be sanctioned in the amount of $1000.00 for each incident along with legal fees incurred in enforcing the terms of this order.
4. The United States Bankruptcy Court shall retain jurisdiction to enforce the terms of this order.