|  |  |
|---|---|
| UNITED STATE BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | : <br> : <br> : <br> : <br> : |
|  | Order Filed on June 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| LAW OFFICES OF PETER E. ZIMNIS<br>Whitehorse Executive Center<br>1245 Whitehorse Mercerville Rd, Suite 412<br>Trenton, NJ 08619<br>609-581-9353<br>Attorney for Debtor(s) | : <br> : <br> : <br> : <br> : <br> : |
| _____<br>In Re: | : <br> : CHAPTER 13<br> : <br> : CASE NO. 13-36259/MBK |
| GEORGE FRATER<br>GLORIA FRATER<br>     Debtors<br>_____: | : ADV NO.<br> : <br> : HEARING DATE<br> : <br> : JUDGE: Michael B. Kaplan |

ORDER ENJOINING THE CITY OF TRENTON

    The relief set forth on the following page is hereby
ORDERED

**DATED: June 14, 2019**

*Michael B. Kaplan*
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Debtor: George Frater and Gloria Frater
Case No. 13-36259/MBK
Caption of Order: Order Enjoining the City of Trenton

At Trenton in the said District

This matter being opened to the Court by Peter E. Zimnis, Esq., attorney for the debtor(s), and

It appearing that a Notice of Motion has heretofore been properly circulated, and

It further appearing that upon the return date of said motion, this Court has considered the documentation heretofore filed for and on behalf of the debtors and for and on behalf of other parties in interest and also has considered the arguments of counsel appearing in open court, and

Good and sufficient cause appearing of the entry of this Order,

It is on this day ORDERED AND ADJUDGED as follows, to wit:

1. The City of Trenton and all City of Trenton Departments are hereby enjoined from issuing any summons against George Frater and Gloria Frater with regards to the properties located at 150 Walnut Street, Trenton, NJ and 294 Rutherford Ave, Trenton, NJ.
2. Should the City of Trenton issue any summons, they will be sanctioned by having to reimburse the debtor for legal fees expended for having to appear in Trenton Municipal Court to defend the action.
3. Should the City of Trenton not promptly dismiss/withdraw any summons that is issued, they will be sanctioned in the amount of $1000.00 for each incident along with legal fees incurred in enforcing the terms of this order.
4. The United States Bankruptcy Court shall retain jurisdiction to enforce the terms of this order.

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 13-36259-MBK
George Frater                                                         Chapter 13
Gloria Frater
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1            Date Rcvd: Jun 17, 2019
                              Form ID: pdf903        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 19, 2019.
db/jdb         +George Frater,   Gloria Frater,   77 Ewingville Rd,   Trenton, NJ 08638-2755

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 17, 2019 at the address(es) listed below:
              Adam D. Greenberg    on behalf of Creditor    New Jersey Boardwalk Lien Investments, LLC
               agreenberg@hgllclaw.com,    btemple@hgllclaw.com
              Adam D. Greenberg    on behalf of Creditor    Pro Capital Fund I, LLC agreenberg@hgllclaw.com,
               btemple@hgllclaw.com
              Albert   Russo    docs@russotrustee.com
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Brian C. Nicholas    on behalf of Creditor    MIDFIRST BANK bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Bruce M. Sattin    on behalf of Creditor Solomon   Shapiro, et. al. bsattin@szaferman.com
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Denise E. Carlon    on behalf of Creditor    MidFirst Bank dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              John   Zimnis    on behalf of Joint Debtor Gloria   Frater njbankruptcylaw@aol.com.
              John   Zimnis    on behalf of Debtor George   Frater njbankruptcylaw@aol.com.
              Joshua I. Goldman    on behalf of Creditor    MidFirst Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    MIDFIRST BANK jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    MidFirst Bank kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    MIDFIRST BANK kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Linda S. Fossi    on behalf of Creditor    MTAG-Cust-ATCF II NJ-Cap One lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Linda S. Fossi    on behalf of Creditor    Life Center Academy lfossi@zeitzlawfirm.com,
               gzeitz@zeitzlawfirm.com;cdillon@zeitzlawfirm.com;rzeitz@zeitzlawfirm.com
              Peter E. Zimnis    on behalf of Joint Debtor Gloria   Frater njbankruptcylaw@aol.com
              Peter E. Zimnis    on behalf of Debtor George   Frater njbankruptcylaw@aol.com
                                                                                               TOTAL: 19